United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 21-51127-KMS

Shatia Juanita Jones                                                        Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

**Recip ID              Recipient Name and Address**
db                   +  Shatia Juanita Jones, 297 Hwy 503, Heidelberg, MS 39439-3356

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Shatia Juanita Jones jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shatia Juanita Jones trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6                      User: mssbad                              Page 2 of 2
Date Rcvd: Apr 13, 2026                   Form ID: pdf012                           Total Noticed: 1
TOTAL: 5

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                    BANKRUPTCY CASE NO.
SHATIA JUANITA JONES                                      21-51127 KMS


### AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS

THERE CAME TO BE CONSIDERED the Trustee's Motion to Dismiss for Non-Payment (DK#26) and the parties having reached an agreement thereto hereby submit to the Court the following:

IT IS HEREBY AGREED AND ORDERED:

(A)  The Trustee's Motion to Dismiss is hereby denied.

(B)  The present default in payment into the debtor's plan is deferred, and the plan payments will increase if necessary. Debtor agrees to resume making full, regular, timely payments to the Trustee, with the next payment due on or before May 25, 2026. Failing to make this payment or any full, regular, timely payment, on or before the above due date of any succeeding month thereafter, without first obtaining the Court's approval, the case will be dismissed without further notice or hearing.

(C) The debtor must at all times keep the Trustee fully advised regarding the debtor's home address and the name and address of the debtor's employer.

##END OF ORDER##


SUBMITTED BY:                          AGREED:


/s/ DAVID RAWLINGS, TRUSTEE            /s/  THOMAS C. ROLLINS, JR
P.O. BOX 566                                Attorney for Debtor
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net