**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Shatia Juanita Jones, Debtor** **Case No. 21-51127-KMS**
**Chapter 13**

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Shatia Juanita Jones ________________ 10-29-2026___
Shatia Juanita Jones Date

/s/ Thomas C. Rollins, Jr. ________________ 10-29-2026___
Thomas C. Rollins, Jr., MS Bar No. 103469 Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Thad Cochran US Courthouse
501 E Court St, Ste 2.300
Jackson, MS 39201

Gulfport Divisional Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th St, Suite 244
Gulfport, MS 39501

**CERTIFICATE OF SERVICE**

On October 30,2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

/s/ Thomas C. Rollins, Jr.___________
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
SHATIA JUANITA JONES

CASE NO: 21-51127

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 10/30/2026, I did cause a copy of the following documents, described below,

MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/30/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SHATIA JUANITA JONES

CASE NO: 21-51127

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/30/2026, a copy of the following documents, described below,

MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/30/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-51127
SOUTHERN DISTRICT OF MISSISSIPPI
FRI OCT 30 8-22-9 PST 2026

ECMC
PO BOX 16408
ST PAUL MN 55116-0408

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

ACE CASH EXPRESS
1231 GREENWAY DR
STE 600
IRVING TX 75038-2511

AFFIRM INC
30 ISABELLA ST
FLOOR 4
PITTSBURGH PA 15212-5862

ALLIANT CAPITAL MANAGEMENT HDH
CO WEINSTEIN RILEY PS
2001 WESTERN AVE STE 400
SEATTLE WA 98121-3132

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131-0293

CAPITAL ONE BANK (USA) NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
CAPITAL ONE BANK USA NA
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

CHASE CARD SERVICES
PO BOX 15369
WILMINGTON DE 19850-5369

CLIENT SERVICES INC
3451 HARRY S TRUMAN B
SAINT CHARLES MO 63301-9816

COMENITY BANK
PO BOX 183044
COLUMBUS OH 43218-3044

CREDIT COLLECTION SERV
725 CANTON ST
NORWOOD MA 02062-2679

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873

CROSSWAY EQUITY
PO BOX 269
MEMPHIS TN 38101-0269

~~EXCLUDE~~

~~(D)ECMC~~
~~PO BOX 16408~~
~~ST PAUL MN 55116-0408~~

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS SD 57107-0145

GENESIS BANKCARD
PO BOX 4499
BEAVERTON OR 97076-4499

(P)JD RECEIVABLES LLC
PO BOX 382656
GERMANTOWN TN 38183-2656

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON TEXAS 75001-9013

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI MS 39534-7001

LVNV FUNDING INC
PO BOX 10584
GREENVILLE SC 29603-0584

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LENDUP
237 KEARNEY ST 372
SAN FRANCISCO CA 94108-4502

LIBERTY MUTUAL
PO BOX 970
MISHAWAKA IN 46546-0970

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

(P)MERCHANTS ADJUSTMENT SERVICE INC
ATTN ATTN SHERI
PO BOX 7511
MOBILE AL 36670-0511

MERRICK BANKCARDWORKS
PO BOX 9201
OLD BETHPAGE NY 11804-9001

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

MIDLAND FUND
320 EAST BIG BEAVER
TROY MI 48083-1238

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

MOHELAASCENDIUM EDUCATION SOLUTIONS INC
ASCENDIUM EDUCATION SOLUTIONS
PO BOX 8961
MADISON WI 53708-8961

NAVIENT
PO BOX 9635
WILKES BARRE PA 18773-9635

NAVIENT SOLUTIONS LLC ON BEHALF OF
DEPARTMENT OF EDUCATION LOAN SERVICES
PO BOX 9635
WILKES-BARRE PA 18773-9635

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD VA 22119-3000

NELNET
PO BOX 82561
LINCOLN NE 68501-2561

NELNET ON BEHALF OF
ASCENDIUM EDUCATION SOLUTIONS INC
PO BOX 8961
MADISON WI 53708-8961

PAY PAL SYNCB
PO BOX 960006
ORLANDO FL 32896-0006

PLAZA SERVICES LLC
PO BOX 1931
BURLINGAME CA 94011-1931

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
CREDIT CORP SOLUTIONS INC
PO BOX 788
KIRKLAND WA 98083-0788

RADIOLOGICAL GROUP PA
1405 N STATE ST
STE 200
JACKSON MS 39202-1648

REPUBLIC FINANCE
PO BOX 17227
HATTIESBURG MS 39404-7227

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

RESURGENT CAPITAL SERV
15 SOUTH MAIN ST
STE 600
GREENVILLE SC 29601-2768

SANTANDER CONSUMER USA
PO BOX 961211
FORT WORTH TX 76161-0211

SANTANDER CONSUMER USA INC
1601 ELM ST SUITE 800
DALLAS TX 75201-7260

SILVER CLOUD FINANCIAL
635 EAST HWY 20 C
UPPER LAKE CA 95485

STATE FARM INSURANCE
PO BOX 588002
NORTH METRO GA 30029-8002

SYNCHRONY BANK
PO BOX 105972
ATLANTA GA 30348-5972

TURTLE CREEK DENTAL CA
6032 HIGHWAY 98 W
HATTIESBURG MS 39402

USM STUDENT LOANS
PO BOX 5153
HATTIESBURG MS 39406-0001

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

| | | |
|---|---|---|
| | | ~~EXCLUDE~~ |
| WORLD FINANCE<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 | WORLD FINANCE<br>WORLD ACCEPTANCE CORPORATION<br>ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 | ~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ |
| | DEBTOR | ~~EXCLUDE~~ |
| JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG MS 39401-3836 | SHATIA JUANITA JONES<br>612 PARKVIEW DR<br>RICHLAND MS 39218-9597 | ~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ |